

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| APRIL DAWN GOLIGHTLY,<br>Plaintiff, | §<br>§<br>§ |
| vs. | § Civil Action No. 5:19-00831-MGL |
| ANDREW M. SAUL, *Commissioner of the Social Security Administration*,<br>Defendant. | §<br>§<br>§<br>§<br>§ |

**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AS MODIFIED BY THE PARTIES' STIPULATION**

This is a Social Security appeal. Pending before the Court is Plaintiff April Dawn Golightly's (Golightly) motion under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), for attorney fees in the amount of $5,216.25 and expenses in the amount of $20.85. Subsequent to Golightly filing this motion, the parties stipulated Defendant Andrew M. Saul would instead pay $5,000.00 in attorney fees and $20.85 in expenses to Golightly.

Having carefully considered the motion, the stipulation entered by the parties, and the relevant law, it is the judgment of the Court the motion is **GRANTED AS MODIFIED** by the parties' stipulation.

**IT IS SO ORDERED**.

Signed this 2nd day of December, 2020, in Columbia, South Carolina.

/s/ Mary Geiger Lewis
MARY GEIGER LEWIS

2

UNITED STATES DISTRICT JUDGE

2